## KURTZ vs. KURTZ.

In trover, the period of limitations is three years—as held in *Ford vs. Ford.*

*Appeal from Conway Circuit Court.*

Hon. JOHN J. CLENDENIN, Circuit Judge.

WILLIAMS & MARTIN, for appellant.

JORDAN, for appellee.

Mr. Justice FAIRCHILD, delivered the opinion of the Court.

In this case, as in *Ford vs. Ford,* decided at the present term, the plea of limitations of three years was put in to a declaration in trover, which was stricken out by the court, on motion of the plaintiff. Following the decision named, we hold that the court erred, and reverse its judgment, with instructions to overrule the motion to strike out the second plea of the defendant below.